IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Presswood, Charmin C | Case Number: 04 B 26035 |
| | Judge: Wedoff, Eugene R |
| Printed: 01/29/09 | Filed: 7/13/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: December 4, 2008
Confirmed: September 30, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 125,428.01 | |
| Secured: | | 112,837.46 |
| Unsecured: | | 4,431.97 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 6,616.42 |
| Other Funds: | | 1,542.16 |
| Totals: | 125,428.01 | 125,428.01 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Peter F Geraci | Administrative | 0.00 | 0.00 |
| 2. | Secretary Of Housing And Urban Developmt | Secured | 0.00 | 0.00 |
| 3. | CitiFinancial | Secured | 7,072.00 | 7,072.00 |
| 4. | Countrywide Home Loans Inc. | Secured | 83,790.00 | 71,864.46 |
| 5. | Countrywide Home Loans Inc. | Secured | 33,013.61 | 21,796.70 |
| 6. | Rogers & Hollands Jewelers | Secured | 800.00 | 800.00 |
| 7. | Ford Motor Credit Corporation | Secured | 9,104.30 | 9,104.30 |
| 8. | CitiFinancial | Secured | 2,200.00 | 2,200.00 |
| 9. | Countrywide Home Loans Inc. | Unsecured | 550.00 | 376.66 |
| 10. | Rogers & Hollands Jewelers | Unsecured | 405.97 | 405.97 |
| 11. | Ford Motor Credit Corporation | Unsecured | 3,649.34 | 3,649.34 |
| 12. | Capital One | Unsecured | 723.53 | 0.00 |
| 13. | Capital One | Unsecured | 816.06 | 0.00 |
| 14. | J C Penney Co Inc | Unsecured | | No Claim Filed |
| 15. | Providian Bank | Unsecured | | No Claim Filed |
| | | | $ 142,124.81 | $ 117,269.43 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Presswood, Charmin C

Printed: 01/29/09

Case Number: 04 B 26035
Judge: Wedoff, Eugene R
Filed: 7/13/04

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 1,156.37 |
| 4% | 329.86 |
| 3% | 246.66 |
| 5.5% | 1,507.40 |
| 5% | 479.62 |
| 4.8% | 854.46 |
| 5.4% | 1,879.83 |
| 6.6% | 162.22 |
|  | $ 6,616.42 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

